**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                                      CASE NO.  3:01cr28-01/RV

FREDERICK JOHN KLEINSMITH III

### REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on August 4, 2005

Motion/Pleadings: MOTION for Order Permitting Destruction of ONE (1) Marksman Repeater BB gun, serial number 00258480.

Filed by United States on 8/3/2005 Doc.# 24

RESPONSES:

                                                          on                Doc.#

                                                          on                Doc.#

☐ Stipulated      ☐ Joint Pldg.
☐ Unopposed    ☐ Consented

WILLIAM M. McCOOL, CLERK OF COURT

                                    s/Jerry Marbut

LC (1 OR 2)              Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this* 5th *day of* August*, 2005, that:*

*(a) The relief requested is GRANTED.*

*(b)* _____

                                                  /s/ *Roger Vinson*
                                                  **ROGER VINSON**
                                      **United States District Judge**